KATHRYN BURKETT DICKSON (SBN: 70636)
kathy@dicksongeesman.com
EMILY A. NUGENT (SBN: 255048)
emily@dicksongeesman.com
DICKSON GEESMAN LLP
1999 Harrison Street, Suite 2000
Oakland, CA 94612
Tel:  (510) 899-4670
Fax:  (510) 899-4671

SCOTT BONAGOFSKY (SBN: 190255)
scott@bw-lawyers.com
BONAGOFSKY & WEISS
111 Deerwood Road, Suite 200
San Ramon, CA 94583
Tel: (925) 831-4835

ATTORNEYS FOR PLAINTIFFS
MICHAEL RUHE AND VICENTE CATALA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| MICHAEL RUHE, and VICENTE CATALA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MASIMO CORPORATION, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | Case No.: SACV11-734 CBM (JCGx)<br><br>**NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD**<br><br>(9 U.S.C. §9; Cal. Code Civ. Proc. §1285; JAMS Rule 25)<br><br>Date:　　March 3, 2014<br>Time:　　1:30 p.m.<br>Court:　　Hon. Cormac Carney |

TO DEFENDANT MASIMO CORPORATION AND ITS ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on March 3, 2014 at 1:30 p.m. or as soon as the parties may be heard in the courtroom of the Honorable Cormac J. Carney of the United States District Court for the Central District of California, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiffs Michael Ruhe and Vicente Catala will move this Court for an Order confirming the Final Award in the arbitration of this matter, and ordering entry of Final Judgment.  This motion is made following Plaintiffs' counsel's efforts pursuant to Local Rule 7-3, to meet and confer with Defendant's counsel both by telephone and email communications more than seven days prior to the filing of this Motion, as described in the Declaration of Kathryn Dickson Supporting Motion to Confirm Arbitration Award.

    This motion is made pursuant to the Federal Arbitration Act, 9 U.S.C. §9; the California Arbitration Act, Cal. Code Civ. Proc. §1285; and Rule 25 of the rules governing employment arbitrations of the Judicial Arbitration and Mediation Services (JAMS).

    This motion is based on this notice of motion, the memorandum of points and authorities and Declaration of Kathryn Dickson filed with this notice, all pleadings on file in this action, and such other written and oral arguments as may be presented.

DATED:  January 31, 2014        DICKSON GEESMAN LLP

                              By: */s/ Kathryn Burkett Dickson*
                                  KATHRYN BURKETT DICKSON
                                  Attorneys for Claimants