JOSEPH R. RE (SB# 134479)
jre@kmob.com
STEPHEN C. JENSEN (SB# 149894)
sjensen@kmob.com
JOSEPH S. CIANFRANI (SB# 196186)
jcianfrani@kmob.com
PAYSON J. LEMEILLEUR (SB# 205690)
plemeilleur@kmob.com
KNOBBE, MARTENS, OLSON
& BEAR, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

MARK T. PALIN (SB# 135398)
mpalin@aalrr.com
ATKINSON, ANDELSON, LOYA,
RUUD & ROMO
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3200
Facsimile: (562) 653-3488

Attorneys for Defendant,
MASIMO CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RUHE and VICENTE CATALA, <br><br> Plaintiffs, <br><br> v. <br><br> MASIMO CORPORATION, and DOES 1 to 100, inclusive, <br><br> Defendants. | Civil Action No. SACV 11-00734 CJC (MLGx) <br><br> **NOTICE OF MASIMO CORPORATION'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON MOTION TO CONFIRM ARBITRATION AWARD** <br><br> Honorable Cormac J. Carney |

PLEASE TAKE NOTICE that Defendant Masimo Corporation ("Masimo") hereby submits this *Ex Parte* Application for the Court to issue an Order that continues Plaintiffs' Motion to Confirm Arbitration Award (Dkt. Nos. 29-31) so that it may be heard on March 31, 2014, along with Masimo's soon-to-be-filed motion to vacate that same Arbitration Award.

Masimo seeks this relief by way of an *ex parte* application because Masimo would be irreparably prejudiced if its request were submitted according to a regularly noticed motion. Plaintiffs' Motion is currently scheduled to be heard before this Court could hear a regularly noticed motion for continuance. Masimo would also suffer additional irreparable prejudice if the Court were to confirm the arbitration award before considering Masimo's motion to vacate, which could also not be heard before Plaintiffs' Motion. Additionally, Masimo's lead trial counsel has a conflict with the noticed hearing date of March 3, 2014, for Plaintiffs' Motion. Therefore, Masimo respectfully requests that Plaintiffs' Motion to Confirm the Arbitration Award be heard on March 31, 2014, along with Masimo's motion to vacate that same award.

Pursuant to L.R. 7-19.1, Masimo sought to resolve the issues addressed in this Application and informed Plaintiffs of its intent to file the motion. Declaration of Mark T. Palin ¶ 3. The parties reached no agreement on any matters contained in the Application.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

1 | Masimo makes this Application for the reasons set forth in, and supported
2 | by, the accompanying Memorandum of Points and Authorities, the Declarations
3 | of Joseph R. Re and Mark T. Palin, and the [Proposed] Order.

                                        Respectfully submitted,

                                        KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  February 3, 2014      By: /s/ Joseph R. Re
                                             Joseph R. Re
                                             Stephen C. Jensen
                                             Joseph S. Cianfrani
                                             Payson J. LeMeilleur

                                        Attorneys for Defendant,
                                        MASIMO CORPORATION

17159005