JOSEPH R. RE (SB# 134479)
jre@kmob.com
STEPHEN C. JENSEN (SB# 149894)
sjensen@kmob.com
JOSEPH S. CIANFRANI (SB# 196186)
jcianfrani@kmob.com
PAYSON J. LEMEILLEUR (SB# 205690)
plemeilleur@kmob.com
KNOBBE, MARTENS, OLSON
& BEAR, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

MARK T. PALIN (SB# 135398)
mpalin@aalrr.com
ATKINSON, ANDELSON, LOYA,
RUUD & ROMO
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3200
Facsimile: (562) 653-3488

Attorneys for Defendant,
MASIMO CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RUHE and VICENTE CATALA, <br><br> Plaintiffs, <br><br> v. <br><br> MASIMO CORPORATION, and DOES 1 to 100, inclusive, <br><br> Defendants. | Civil Action No. <br> SACV 11-00734 CJC (MLGx) <br><br> **ORDER GRANTING MASIMO CORPORATION'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON MOTION TO CONFIRM ARBITRATION AWARD** <br><br> Honorable Cormac J. Carney |

On February 3, 2014, Defendant Masimo Corporation ("Masimo") filed an *Ex Parte* Application to Continue Hearing on Motion to Confirm Arbitration Award (the "Application"). The Court, having considered Masimo's Application and all papers filed in support thereof, all papers in opposition thereto (if any) filed by Plaintiffs, and good cause appearing therefore, hereby **ORDERS** as follows:

1. Masimo's Application is **GRANTED**.

2. The hearing on Plaintiffs' Motion to Confirm Arbitration Award, currently noticed for March 3, 2014, is hereby continued to March 31, 2014, and will be heard along with Masimo's Motion to Vacate that same Award.

**IT IS SO ORDERED.**

Dated: 2/4/14

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 5, 2014          By: /s/ Joseph R. Re
                                     Joseph R. Re
                                     Stephen C. Jensen
                                     Joseph S. Cianfrani
                                     Payson J. LeMeilleur

                                 Attorneys for Defendant,
                                 MASIMO CORPORATION

17159133

- 1 -