JOSEPH R. RE (SB# 134479)
jre@kmob.com
STEPHEN C. JENSEN (SB# 149894)
sjensen@kmob.com
JOSEPH S. CIANFRANI (SB# 196186)
jcianfrani@kmob.com
PAYSON J. LEMEILLEUR (SB# 205690)
plemeilleur@kmob.com
KNOBBE, MARTENS, OLSON
& BEAR, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

MARK T. PALIN (SB# 135398)
mpalin@aalrr.com
JON R. MOWER (SB# 72034)
jmower@aalrr.com
ATKINSON, ANDELSON, LOYA,
RUUD & ROMO
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3200
Facsimile: (562) 653-3488

Attorneys for Defendant,
MASIMO CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL RUHE and VICENTE CATALA, <br><br>  Plaintiffs, <br><br> v. <br><br> MASIMO CORPORATION, and DOES 1 to 100, inclusive, <br><br>  Defendants. | Civil Action No. <br> SACV 11-00734 CJC (MLGx) <br><br> **MASIMO'S NOTICE OF MOTION AND MOTION TO VACATE FINAL ARBITRATION AWARD AND DISMISS ACTION** <br><br> Date: March 31, 2014 <br> Time: 1:30 p.m. <br> Place: Courtroom 9B <br><br> Honorable Cormac J. Carney |

1  PLEASE TAKE NOTICE, pursuant to the Court's February 4, 2014 Order, Dkt. No. 40, that on March 31, 2014, at 1:30 p.m. in Courtroom 9B, before the Honorable Cormac J. Carney, or as soon as possible thereafter as counsel may be heard by the above-entitled Court, located at United States District Court for the Central District of California, 411 West Fourth Street, Santa Ana, California, Defendant Masimo Corporation will and hereby does move this Court to vacate the final arbitration award in J.A.M.S. Arbitration No. 1200045317, and to dismiss this action.

This Motion is made following the conference of counsel conducted pursuant to Local Rule 7-3, which took place on January 31, 2014.  *See* Dkt. No. 37-3 ¶ 3.

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities in Support Thereof; the Declaration of Benjamin J. Everton; the Declaration of Alan I. Rothenberg; and the [Proposed] Order; all pleadings and papers on file in this action; and such other information and materials as may be presented to the Court at or before the time of the hearing on this Motion.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  March 3, 2014        By: /s/ Joseph R. Re
                                  Joseph R. Re
                                  Stephen C. Jensen
                                  Joseph S. Cianfrani
                                  Payson J. LeMeilleur

                             Attorneys for Defendant,
                             MASIMO CORPORATION

17309043

- 1 -