# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RUHE, and VICENTE CATALA,<br><br>Plaintiffs,<br><br>vs.<br><br>MASIMO CORPORATION, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: SACV11-734 CBM (JCGx)<br><br>**FINAL JUDGMENT**<br><br>Date: _____<br><br>Court:   Hon. Cormac Carney |

On March 15, 2016, the Ninth Circuit issued a Mandate directing that Final Judgement be entered in this matter in favor of Plaintiffs Michael Ruhe and Vicente Catala and against Masimo Corporation, confirming the Final Award issued by JAMS Arbitrator, Hon. Richard C. Neal (ret.), a copy of which is

attached to this Final Judgment.

It is hereby ordered that judgment is entered in the amount of $2,662,443 in damages for Plaintiff Michael Ruhe and the sum of $2,647,613 in damages for Plaintiff Vicente Catala. In addition, judgment is entered in favor of Plaintiffs and against Masimo Corporation in the amount of $80,529 for recoverable costs related to the arbitration, as awarded by the Arbitrator. Additional costs of $734.50 are awarded to Plaintiffs for their recoverable appellate costs pursuant to Federal Rule of Appellate Procedure 39(e).

Further, pursuant to California Civil Code section 3287 and the California Constitution, Article 15, Section 1, interest in the amount of seven percent on the foregoing amounts for damages and costs from the arbitration is ordered from the date the final arbitration award was rendered by Justice Neal through the date this Final Judgment is signed by the Court.

The total amount due to Plaintiff Michael Ruhe through March 14, 2016, is $3,111,149.70, with additional interest due to Plaintiff Ruhe in the amount of $518.33 per day until this Final Judgment is signed. After that date, interest will accrue on the total Final Judgment amount for Plaintiff Ruhe at the designated interest rate established pursuant to 28 U.S.C. 1961.

The total amount due to Plaintiff Vicente Catala through March 14, 2016 is $3,086,993.40, with additional interest due to Plaintiff Catala in the amount of

$507.76 per day until this Final Judgment is signed. After that date, interest will accrue on the total Final Judgment amount for Plaintiff Catala at the designated interest rate established pursuant to 28 U.S.C. 1961.

The submission and entry of this Final Judgment is pursuant to the Ninth Circuit's Mandate and Masimo reserves all avenues of relief and available remedies after entry and subsequent satisfaction of this Final Judgment.

This is a Final Judgment and the Clerk of Court shall enter Final Judgment as indicated above.

IT IS SO ORDERED.

Dated: March 23, 2016  _____
Hon. Cormac J. Carney
US District Court Judge

APROVED AS TO FORM:

Dated: March 17, 2016           */s/ Kathryn Burkett Dickson*
                                Kathryn Burkett Dickson
                                Counsel for Plaintiffs


Dated: March 17, 2016           */s/ Joseph Re*
                                Joseph Re
                                Counsel for Defendant